Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence.  Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence.  Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence.  Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence.  Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence. Silence.